# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JESSICA ARCEMENT, LAUREN
CHAGNARD, AMANDA CONRAD, AND
WENDELL CONRAD

VERSUS

BLUE BAYOU WATERPARK, LLC
AND DIXIE LANDIN, LLC

NO.  2021 CW 0404

CONSOLIDATED WITH

NO. 2021 CW 0605

**JULY 6, 2021**

---

In Re:    Jessica Arcement, Lauren Chagnard, and Amanda Conrad,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 648,978.

---

**BEFORE:    CHUTZ, PENZATO, AND LANIER, JJ.**

　　　**WRIT GRANTED IN PART, DENIED IN PART.** The portion of the
trial court's March 15, 2021 judgment that granted in part
defendants' *Daubert* Motion to Exclude the Report and Anticipated
Testimony of William Avery is vacated. The trial court's
failure to comply with La. Code Civ. P. art. 1425(F) constitutes
legal error. **Robertson v. Doug Ashy Building Materials, Inc.,**
2010-1552 (La. App. 1st Cir. 10/4/11), 77 So.3d 339, 358-359,
writs denied, 2011-2430, 2011-2468 (La. 1/13/12), 77 So.3d 972,
973. This matter is remanded to the trial court. In all other
respects, the writ application is denied.

                              **WRC**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT